# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 02-789 JMR/FLN
02-790 MJD/JGL

Case Title: Aaran Money Wire Service v. USA
GLOBAL Services Intl. v. USA.

**MOTION FOR ADMISSION PRO HAC VICE**

**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Kym Davis Rogers am currently a member in good standing of the bar of the United States District Court for the Western District of Washington but not admitted to the bar of this court. I will be representing the United States of America (Government Agency) in the action listed above.

Signature Kym Davis Rogers Date 6/24/02

State I.D.: ______

Government Agency: U.S. Department of Justice
Suite/Building : Civil Division, Federal Programs
Street Address : 901 E Street, N.W.
City State Zip : Washington, D.C. 20004
Telephone: (202) 514-5838

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature Sandra M. Schraibman Date 6-24-02
Name Sandra Schraibman
Title Assistant Branch Director
US Agency Federal Programs/Civil Division/DOJ

---

Motion granted Richard D. Sletten Date JUN 26 2002

For the Court Richard D Sletten, Clerk MMC

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

JUN 26 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT