IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

AARAN MONEY WIRE SERVICE, INC., and GARAD NOR, a/k/a GARAD JAMA,

Plaintiffs

v.

THE UNITED STATES OF AMERICA, JOHN ASHCROFT, Attorney General, PAUL H. O'NEILL, Secretary of the Treasury, COLIN L. POWELL, Secretary of State, R. RICHARD NEWCOMB, Director, Office of Foreign Assets Control, and ROBERT S. MUELLER III, Director, Federal Bureau of Investigation,

Defendants.

Civil Action No. 02-CV-789 (JMR/FLN)

GLOBAL SERVICES INTERNATIONAL, INC., and ABDULLAHI FARAH,

Plaintiffs

v.

THE UNITED STATES OF AMERICA, JOHN ASHCROFT, Attorney General, PAUL H. O'NEILL, Secretary of the Treasury, COLIN L. POWELL, Secretary of State, R. RICHARD NEWCOMB, Director, Office of Foreign Assets Control, and ROBERT S. MUELLER III, Director, Federal Bureau of Investigation,

Defendants.

Civil Action No. 02-CV-790 (JMR/FLN)

(consolidated for purposes of discovery and pre-trial)

STIPULATION AND ORDER

Defendants, the United States of America, Attorney General John Ashcroft, Secretary of

JUL 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Treasury Paul H. O'Neill, Secretary of State Colin L. Powell, Office of Foreign Assets Control ("OFAC") Director R. Richard Newcomb, and Federal Bureau of Investigation ("FBI") Director Robert S. Mueller III, and plaintiffs, Garad Nor, Aaran Money Wire Service, Inc., Global Services International, Inc., and Abdullahi Farah, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Plaintiffs served their complaints on the U.S. Attorney's office on April 18, 2002

2. Defendants' answers or other responses currently are due on June 17, 2002, under Fed. R. Civ. P. 12(a)(3).

3. In view of certain administrative actions being taken with respect to plaintiffs Garad Nor, Aaran Money Wire Service and Global Services International, and previous negotiations with plaintiffs' counsel with respect thereto, defendants require an additional period of nine days in which to answer or otherwise respond to the complaints.

4. Defendants have not requested any other extension of time in these cases.

5. Defendants shall serve their answers or other responses to the complaints on or before June 26, 2002.

Date: 5/14/02

JOHN W. LUNDQUIST
Fredrikson & Byron
1100 International Center
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7181

Attorney for Plaintiffs

Date: June 14, 2002

M. Trygstad AUSA
for SYLVIA T. KASER
U.S. Department of Justice
Federal Programs Branch
Civil Division
P.O. Box 883
Washington, D.C. 20004
Telephone: (202) 514-3416

Attorney for Defendants

Based upon the stipulation of the parties and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that defendants may have until June 26, 2002, to answer or otherwise respond in these actions.

Dated: ~~June~~ July 2, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE