UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaran Money Wire Service, Inc.,
and Garad Nor,

Plaintiffs,

v.

United States of America, et al.,

Defendants.

Civil No. 02-789 JMR/FLN

PRETRIAL SCHEDULE

AND

Global Services International, Inc.
and Abdullahi Farah,

Plaintiffs,

v.

United States of America, et al.,

Defendants.

Civil No. 02-790 MJD/JGL

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

The parties shall file and have the hearing completed on motions to dismiss and/or summary judgment on or before June 1, 2003. The parties shall notify the undersigned Magistrate Judge within five (5) days after the Court's ruling on any such motions unless the case



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

is disposed of by the Court's ruling. If the case survives these initial motions, the Court will schedule a case management conference.

DATED: Nov. 12, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge