IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

AARAN MONEY WIRE SERVICE, INC., and GARAD NOR, a/k/a GARAD JAMA,

Plaintiffs

v.

THE UNITED STATES OF AMERICA, JOHN ASHCROFT, Attorney General, JOHN W. SNOW, Secretary of the Treasury, COLIN L. POWELL, Secretary of State, R. RICHARD NEWCOMB, Director, Office of Foreign Assets Control, and ROBERT S. MUELLER III, Director, Federal Bureau of Investigation,

Defendants.

Civil Action Nos. 02-CV-789 & 02-CV-790 (JMR/FLN)

GLOBAL SERVICES INTERNATIONAL, INC., and ABDULLAHI FARAH,

Plaintiffs

v.

THE UNITED STATES OF AMERICA, JOHN ASHCROFT, Attorney General, JOHN W. SNOW, Secretary of the Treasury, COLIN L. POWELL, Secretary of State, R. RICHARD NEWCOMB, Director, Office of Foreign Assets Control, and ROBERT S. MUELLER III, Director, Federal Bureau of Investigation,

Defendants.

(consolidated for purposes of discovery and pre-trial)

**ORDER MODIFYING PRETRIAL SCHEDULE**

MAY 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

Based upon the joint motion of the parties and upon all the files, records, and proceedings herein, and good cause having been shown pursuant to Rule 16.3 of the Local Rules of the District of Minnesota, IT IS HEREBY ORDERED that the motion is **GRANTED** as follows:

The June 1, 2003 deadline for the filing and hearing of motions to dismiss and/or summary judgment shall be extended until at least ten days following the date on which the District Court has ruled on both of the currently outstanding motions, and then that the deadline shall be further extended pursuant to a proposal for a briefing schedule to be jointly submitted by the parties at that time. The parties shall notify Magistrate Judge Noel within ten (10) days after the District Court has ruled on both motions. (In the event the District Court does not rule on the two motions simultaneously, the parties shall notify Magistrate Judge Noel within ten (10) days after the District Court has ruled on the second of the motions.) The parties shall, at that time, make a joint proposal regarding the further briefing schedule for any and all issues remaining in the case (including a final deadline for the filing of dispositive motions to dismiss and/or summary judgment), which shall be subject to approval by the Magistrate Judge.

Dated: MAY 29, 2003

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE