AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Aaran Money Wire Service, Inc. and Garad Nor

V.

USA, John Ashcroft, Paul H. O'Neill, Colin L. Powell, R. Richard Newcomb and Robert E. Mueller, III

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-789JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
defendants' motion to dismiss is granted.

August 21, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk