AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Aaron Money Wire Service, Inc. et al.

V.

USA, et al.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:   02-CV-789 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that 1) Defendants' motion to dismiss is granted. 2) The motion to amend by Global Services and Abdullahi Farah is denied.

December 8, 2003
Date

RICHARD D. SLETTEN, CLERK

*(signature)*
(By)   Jackie Mehl,   Deputy Clerk

Modified 04/10/03